IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SMITHKLINE BEECHAM CORPORATION, d/b/a GLAXOSMITHKLINE,<br><br>    Plaintiff,<br><br>    v.<br><br>ABBOTT LABORATORIES,<br><br>    Defendant. | No. C 07-5702 CW<br><br>ORDER SETTING CASE MANAGEMENT CONFERENCE |

In January 2014, the Ninth Circuit issued its opinion in Plaintiff GlaxoSmithKline's cross-appeal of the jury verdict in this case. The court held that a <u>Batson</u> violation had occurred during jury selection and that, as a result, a new trial must be held. On July 10, 2014, it issued its mandate with respect to that decision. Accordingly, the parties are directed to appear for a case management conference at 2:00 p.m. on July 30, 2014 in order to schedule and discuss further pretrial and trial proceedings. The parties shall submit a joint case management statement on or before July 23, 2014. If either party is unavailable on July 30, 2014, then the parties may submit a stipulation to continue the case management conference.

IT IS SO ORDERED.

Dated: 7/11/2014

CLAUDIA WILKEN
United States District Judge