IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SMITHKLINE BEECHAM CORPORATION, d/b/a GLAXOSMITHKLINE,<br><br>    Plaintiff,<br><br>  v.<br><br>ABBOTT LABORATORIES,<br><br>    Defendant. | No. C 07-5702 CW<br><br>ORDER GRANTING MOTION TO CLARIFY (Dkt. #612); AND ALLOWING PARTIES TO FILE FURTHER BRIEFING WITH REGARD TO JURY INSTRUCTIONS, VERDICT FORM |

Defendant Abbott Laboratories' Motion to Clarify the Minute Order Dated January 7, 2015 (Motion, Dkt. No. 612; Minute Order, Dkt. No. 606), is GRANTED. The Court did, in fact, refuse to allow Plaintiff SmithKline Beecham, d/b/a GlaxoSmithKline, to substitute witnesses for the retrial; thus, the Court granted Defendant's Motion in Limine (Dkt. # 599). A corrected minute order will issue.

The Court has amended the preliminary jury instructions, the final jury instructions, and the verdict form, mostly to ensure consistency among these documents. The parties may file any objections to the January 23, 2015, versions of these documents, which are attached as exhibits to this Order, within seven days of the date of this Order. Each party may file a single brief, not to exceed five pages.

Dated: January 23, 2015

_____
CLAUDIA WILKEN
United States District Judge