| | |
|---|---|
| Brian Hennigan (SBN 86955)<br>Moez M. Kaba (SBN 257456)<br>C. Mitchell Hendy (SBN 282036)<br>HUESTON & HENNIGAN LLP<br>523 W. 6th Street, Suite 400<br>Los Angeles, CA 90014<br>Telephone: (213) 788-4340<br>Facsimile: (888) 776-0898<br>bhennigan@hueston.com<br>mkaba@hueston.com<br>mhendy@hueston.com<br>Counsel for Plaintiff<br>GLAXOSMITHKLINE | Jeffrey I. Weinberger (SBN 56214)<br>Stuart N. Senator (SBN 148009)<br>Keith R.D. Hamilton (SBN 252115)<br>Caroline McKay Cunningham (SBN 270927)<br>MUNGER, TOLLES & OLSON LLP<br>355 South Grand Avenue<br>Los Angeles, CA 90071-1560<br>Telephone: (213) 683-9100<br>Facsimile: (213) 687-3702<br>jeffrey.weinberger@mto.com;<br>stuart.senator@mto.com;<br>keith.hamilton@mto.com<br>caroline.cunningham@mto.com<br>Counsel for Defendant<br>ABBOTT LABORATORIES |
| Charles B. Klein (*Admitted Pro Hac Vice*)<br>Matthew A. Campbell (*Admitted Pro Hac Vice*)<br>WINSTON & STRAWN LLP<br>1700 K Street, N.W.<br>Washington, DC 20007<br>Telephone: (202) 282-5000<br>Facsimile: (202) 282-5100<br>cklein@winston.com;<br>macampbell@winston.com<br>Counsel for Defendant<br>ABBOTT LABORATORIES | James F. Hurst *(Admitted Pro Hac Vice)*<br>KIRKLAND & ELLIS LLP<br>300 North LaSalle<br>Chicago, IL 60654<br>Telephone: (312) 862-2000<br>Facsimile: (312) 862-2200<br>james.hurst@kirkland.com<br>Counsel for Defendant<br>ABBOTT LABORATORIES |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, OAKLAND DIVISION

| | |
|---|---|
| SMITHKLINE BEECHAM CORPORATION d/b/a GLAXOSMITHKLINE,<br><br>Plaintiff,<br><br>vs.<br><br>ABBOTT LABORATORIES,<br><br>Defendant. | Case No. C07-5702 (CW)<br><br>**STIPULATION AND [PROPOSED] ORDER TO TRANSFER PURSUANT TO 28 U.S.C. § 1631** |

WHEREAS, on March 10, 2015, Plaintiff GSK filed its Second Amended Complaint in the above-captioned action (the "Action");

WHEREAS, on March 11, 2015, Defendant Abbott Laboratories filed a motion to dismiss Plaintiff GSK's Second Amended Complaint for lack of personal jurisdiction (the "Motion");

WHEREAS, GSK opposes Abbott's Motion;

WHEREAS, Abbott's Motion was heard by the Court on April 8, 2015;

WHEREAS, the parties agree that it is in the interest of justice to transfer this Action to the United States District Court for the Middle District of North Carolina, pursuant to 28 U.S.C. § 1631;

WHEREAS, the parties agree that this Action could have been brought in the United States District Court for the Middle District of North Carolina, as GSK believes that jurisdiction and venue are proper in that Court, and Abbott consents to jurisdiction and venue in that Court;

WHEREAS, the parties agree that, if transferred, this Action and all claims in GSK's Second Amended Complaint shall be deemed filed and proceed in the United States District Court for the Middle District of North Carolina.

WHEREAS, the parties agree that transfer of the Action to the Middle District of North Carolina moots any other motions pending before this Court;

IT IS HEREBY STIPULATED AND AGREED, by and between the parties to this Action through their undersigned counsel, as follows:

1. In the interests of justice, this Action shall be transferred to the United States District Court for the Middle District of North Carolina, and
2. This Action and all claims in GSK's Second Amended Complaint shall be deemed filed and proceed in that court.

**IT IS SO STIPULATED AND AGREED:**

Date: April 14, 2015

/s/ James F. Hurst
James F. Hurst *(Admitted Pro Hac Vice)*
KIRKLAND & ELLIS LLP
300 North LaSalle
Chicago, IL 60654
*Attorney for Defendant Abbott Laboratories*

/s/ Brian Hennigan
Brian Hennigan
HUESTON HENNIGAN LLP
523 W. Sixth St., Suite 400
Los Angeles, CA 90014
*Attorney for Plaintiff GlaxoSmithKline*

**PURSUANT TO STIPULATION, IT IS SO ORDERED**

Dated: 04/14/2015

Judge Claudia Wilken
U.S. District Court