# IN THE UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF NORTH CAROLINA
Civil Action No. 1:15-cv-00360

| | |
|---|---|
| SMITHKLINE BEECHAM CORPORATION d/b/a GLAXOSMITHKLINE,<br><br>    Plaintiff,<br><br>    v.<br><br>ABBOTT LABORATORIES,<br><br>    Defendant. | **MOTION TO WITHDRAW** |

Pursuant to Local Rule 83.1(e)(1), Defendant Abbott Laboratories hereby moves the Court for the withdrawal of the following attorneys of the Munger Tolles & Olson LLP firm, to the extent currently reflected in the Court's docket as counsel of record:

    Caroline McKay Cunningham
    MUNGER, TOLLES & OLSON LLP
    560 Mission St., 27th Floor
    San Francisco, CA 94105

    Jeffrey I. Weinberger
    MUNGER TOLLES & OLSON LLP
    355 S. Grand Ave., Ste. 3500
    Los Angeles, CA 90071-1560

    Kathryn Ann Eidmann
    MUNGER, TOLLES & OLSON LLP
    560 Mission St., 27th Floor
    San Francisco, CA 94105

    Keith Rhoderic Dhu Hamilton, II
    MUNGER TOLLES & OLSON LLP
    355 S. Grand Ave., Ste. 3500
    Los Angeles, CA 90071-1560

Michelle Friendland
MUNGER, TOLLES & OLSON LLP
560 Mission St., 27th Floor
San Francisco, CA 94105

Stuart Neil Senator
MUNGER TOLLES & OLSON LLP
355 S. Grand Ave., Ste. 3500
Los Angeles, CA 90071-1560

Defendants will continue to be represented by Gregory G. Holland and Patrick M. Kane, and other counsel of record.

This the 21st day of May, 2015.

/s/ Gregory G. Holland
Gregory G. Holland, Bar No. 19069
SMITH MOORE LEATHERWOOD LLP
300 N. Greene Street, Suite 1400
Greensboro, North Carolina 27401
Telephone: (336) 378-5200
Facsimile: (336) 378-5400
Email: greg.holland@smithmoorelaw.com

<u>CERTIFICATE OF SERVICE</u>

    I hereby certify that on May 21, 2015, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

    Respectfully submitted,

                              /s/ Gregory G. Holland
                              Gregory G. Holland
                              NCSB 19069
                              SMITH MOORE LEATHERWOOD LLP
                              300 N. Greene Street, Suite 1400
                              Greensboro, North Carolina 27401
                              Telephone: (336) 378.5200
                              Facsimile: (336) 378.5400
                              E-mail: greg.holland@smithmoorelaw.com